**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

THEOS ENTERTAINMENT
INTERNATIONAL, LLC,

                    Plaintiff,

v.

KEVIN PAPPAS, an individual,

                    Defendant.

CIVIL ACTION FILE

NO. 1:11-cv-2432-SCJ

**J U D G M E N T**

This action having come before the court, Honorable Steve C. Jones, United States

District Judge on this court's order of June 14, 2012, and the court having determined that

plaintiff has failed to comply with said order, it is

**Ordered and Adjudged** that this action be **DISMISSED WITHOUT PREJUDICE**

for failure to effectuate service of process pursuant to Fed. R. Civ. P. 4(m).

Dated at Atlanta, Georgia this 18th day of July, 2012..

                                 JAMES N. HATTEN
                                 CLERK OF COURT

                         By: s/Amanda Querrard
                             Deputy Clerk

Prepared, Filed and Entered
In the Clerk's Office
   July 18, 2012
James N. Hatten
Clerk of Court

By:s/Amanda Querrard
       Deputy Clerk